Helen A. Harvey  Honorable Lonny R. Suko
Assistant City Attorney
City of Yakima Legal Department
200 South Third Street
Yakima, WA 98901-2830
(509) 575-6030
Attorney for Defendants City of Yakima
and Chief of Police Sam Granato

Robert C. Tenney
Meyer Fluegge & Tenney, P.S.
230 South 2nd Street
P.O. Box 22680
Yakima, WA 98901
(509) 575-8500
Attorneys for Defendants City of Yakima
and Chief of Police Sam Granato

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

| | |
|---|---|
| AARON DELEON, | ) |
| | ) NO. CV-05-3083-LRS |
| Plaintiff, | ) |
| vs. | ) STIPULATION AND |
| | ) ORDER OF DISMISSAL |
| CITY OF YAKIMA, CHIEF OF | ) WITH PREJUDICE |
| POLICE SAM GRANATO, AND | ) |
| OFFICER C. STEPHENS | ) |
| | ) |
| Defendants. | ) |

## STIPULATION

COME NOW the plaintiff, Aaron Deleon, by and through his undersigned attorney, and the defendants City of Yakima and Chief of Police

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE - 1

Sam Granato, by and through its undersigned attorneys, and stipulate that all claims in this action against the remaining defendants City of Yakima and Chief of Police Sam Granato have been fully resolved and settled, and the above-entitled cause may be dismissed with prejudice and without costs or fees to any party. The Judgment entered in favor of defendant Chad Stephens on August 4, 2006, remains intact.

DATED this 28th day of September, 2006.

By: _____
Helen A. Harvey, WSBA No. 5654
Attorney for Defendants City of Yakima
and Chief of Police Sam Granato
Assistant City Attorney
City of Yakima Legal Department
200 South Third Street
Yakima, WA 98901-2830
Telephone: (509) 575-3030
Email: hharvey@ci.yakima.wa.us

By: _____
Robert C. Tenney, WSBA No. 9589
Attorney for Defendants City of Yakima
and Chief of Police Sam Granato
Meyer, Fluegge & Tenney, P.S.
230 South Second Street
Yakima, WA 98901
Telephone: (509) 575-8500
Email: tenney@mftlaw.com

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE - 2

By: /s/ William Broberg  9/13/06
William Broberg, WSBA No. 29319
Attorney for Plaintiff Aaron Deleon
Law Offices of William Broberg
P.O. Box 78562
Seattle, WA 98178
Telephone: (206) 264-1992

## ORDER OF DISMISSAL

Based on the above Stipulation, IT IS HEREBY ORDERED that this action is dismissed as to the remaining defendants City of Yakima and Chief of Police Sam Granato with prejudice and without costs or fees. The Judgment entered in favor of Chad Stephens on August 4, 2006, remains intact.

Dated this __2nd__ day of ~~September, 2006.~~ October, 2006.

s/Lonny R. Suko
_____
Lonny R. Suko
United States District Judge

Dated this __28th__ day of September, 2006.

By: /s/ Helen A. Harvey
Helen A. Harvey, WSBA No. 5654
Attorney for Defendants City of Yakima
and Chief of Police Sam Granato
Assistant City Attorney
City of Yakima Legal Department
200 South Third Street
Yakima, WA 98901-2830
Telephone: (509) 575-3030
Email: hharvey@ci.yakima.wa.us

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE - 3

By: /s/ Robert C. Tenney
Robert C. Tenney, WSBA No. 9589
Attorney for Defendants City of Yakima
and Chief of Police Sam Granato
Meyer, Fluegge & Tenney, P.S.
230 South Second Street
Yakima, WA 98901
Telephone: (509) 575-8500
Email: tenney@mftlaw.com

By: /s/ William Broberg       9/13/06
William Broberg, WSBA No. 29319
Attorney for Plaintiff Aaron Deleon
Law Offices of William Broberg
P.O. Box 78562
Seattle, WA 98178
Telephone: (206) 264-1992
Email: williambroberg@yahoo.com

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE - 4